UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF IOWA

| In Re:<br><br>Nancy and Harold Gordon,<br><br>    Debtors.<br><br>Santander Consumer USA,<br><br>Creditor. | Chapter 7<br>Bankruptcy No. 20-00610<br><br>MOTION FOR AUTHORITY TO REDEEM PERSONAL PROPERTY AND APPROVAL OF ASSOCIATED FINANCING AND ATTORNEY FEES UNDER 11 U.S.C. § 722 |
|---|---|

COME NOW the Debtors and in support of the above-captioned Motion states:

1. The item to be redeemed is tangible personal property intended primarily for personal, family or household use is more particularly described as follows:

    Year: <u>2014</u>          Make: <u>Chrysler</u>          Model: <u>Town & Country</u>

    VIN # <u>2C4RC1CG2ER336470</u>

2. The interest of the Debtors in such property is exempt or has been abandoned by the estate and the debt (which is secured by said property to the extent of the allowed secured claim of the Creditor) is a dischargeable consumer debt.

3. The allowed secured claim of said Creditor for purposes of redemption, the "redemption value," should be determined to be not more than $9,800.00.

4. Arrangements have been made by the Debtors to pay to the said Creditor up to the aforesaid amount in a lump sum should this motion be granted.

5. The payment for this proposed redemption is to be paid in full by the Debtors upon entry of an order approving the above-captioned Motion.

WHEREFORE, the Debtors pray the Court to order Santander Consumer USA to accept from the Debtors the lump sum payment of the redemption value and release their lien of record. In the event the said Creditor objects to this motion, the Debtors requests

the Court to determine the value of the property as of the time of the hearing on such objection.

                    MARKS LAW FIRM, P.C.

                    /s/ Samuel Z. Marks
                    Samuel Z. Marks, IS9998821
                    4225 University Avenue
                    Des Moines, Iowa 50311
                    (515) 276-7211
                    FAX (515) 276-6280
                    ATTORNEY FOR DEBTORS

## **NOTICE**

Notice is hereby given that unless an objection is made to this motion within 20 days following the date of service below, an order sustaining the motion may be granted by the Court.

## CERTIFICATE OF SERVICE

I hereby certify that on **April 21, 2020**, a copy of **Motion to Redeem** was served electronically or by regular United States mail to all interested parties, the Trustee and all creditors listed below.

| |
|---|
| **AES/PHEAA** |
| **Affinity Credit Union** |
| **American Profit Recovery** |
| **Central States Medicine** |
| **Citibank/Sears** |
| **Client Services** |
| **Comenity Bank/Maurices** |
| **Country Door/Swiss Colony** |
| **Credit Bureau Services of Iowa, Inc.** |
| **Des Moines Orthopaedic Surgeons** |
| **Des Moines Orthopedic Surgeons PC** |
| **General Serives Bureau** |
| **Great Call** |
| **Iowa Diagnostic Imaging and Procedure** |
| **Iowa Diagnostic Imaging and Procedure** |
| **Jacob Lawrence Stodoloa** |
| **Jerfferson capital systems, LLC** |
| **LoanCare LLC** |
| **LVNV Funding LLC** |
| **LVNV Funding/Resurgent Capital** |
| **LVNV Funding/Resurgent Capital** |
| **LVNV Funding/Resurgent Capital** |
| **Midland Credit Management Inc** |
| **Midland Fund** |
| **Monarch Recovery Management** |
| **Nebraska Furniture Mart** |
| **OneMain Financial** |
| **Portfolio Recovery** |
| **Portfolio Recovery** |
| **Portfolio Recovery** |
| **Portfolio Recovery** |
| **Santander Consumer USA** |
| **Steven Albert Linder** |
| **Synchrony Bank** |
| Target |
| **TD Bank, USA** |
| **The CBE Group, Inc** |
| **Unity Point Health** |
| **Verizon** |

/s/ Samuel Z. Marks
**Samuel Z. Marks**
**Marks Law Firm, P.C.**
**4225 University Ave.**
**Des Moines, IA 50311**
**(515) 276-7211 Fax:(515) 276-6280**
**Office@markslawdm.com**