UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF IOWA

| | | |
|---|---|---|
| IN RE: | ) | No. 20-00610-als7 |
| | ) | |
| HAROLD E. GORDON AND | ) | SANTANDER CONSUMER USA |
| NANCY S. GORDON, | ) | INC. DBA CHRYSLER CAPITAL'S |
| | ) | OBJECTION TO MOTION TO |
| Debtors. | ) | REDEEM PERSONAL PROPERTY |

Santander Consumer USA Inc. dba Chrysler Capital, for its Objection to Motion to Redeem Personal Property states:

1. Santander Consumer USA Inc. dba Chrysler Capital admits debtors intend to redeem a 2014 Chrysler Town & Country, VIN 2C4RC1CG2ER336470, and denies the remaining allegations of paragraph one for lack of information.

2. Santander Consumer USA Inc. dba Chrysler Capital denies the vehicle has been abandoned by the estate, but admits the debt is a dischargeable consumer debt.

3. Santander Consumer USA Inc. dba Chrysler Capital denies the value of the vehicle is $9,800; and affirmatively states the redemption value for the vehicle is <u>at minimum</u> $13,600. A copy of the Midwest NADA Official Used Car Guide with valuation date March 2020 is attached, as the required redemption value per 11 U.S.C. § 722 and § 506(a)(2) is "the price a retail merchant would charge for property of that kind considering the age and condition of the property" "as of the date of the filing of the petition."

4. Santander Consumer USA Inc. dba Chrysler Capital Santander denies the allegations of paragraph 4 for lack of information.

5. Santander Consumer USA Inc. dba Chrysler Capital denies the allegations of paragraph 5 for lack of information though admits and agrees any redemption payment should be paid in full by debtors upon entry of an Order approving their Motion to Redeem.

For the above reasons, Santander Consumer USA Inc. dba Chrysler Capital

respectfully requests the court deny debtors' Motion to Redeem the above-referred subject vehicle for $13,600 and for such other relief as the court deems just and appropriate.

                PICKENS, BARNES & ABERNATHY

By   /s/ Stephanie L. Hinz
      Stephanie L. Hinz AT0003506
      1800 First Avenue NE, Suite 200
      P.O. Box 74170
      Cedar Rapids, IA 52407-4170
      PH: (319) 366-7621
      FAX: (877) 592-1367
      EMAIL: shinz@pbalawfirm.com

ATTORNEYS FOR SANTANDER CONSUMER USA INC. DBA CHRYSLER CAPITAL

### CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true copy of this document was served on April 22, 2020, upon the below named parties by electronic noticing from the Bankruptcy Court.    /s/ Lynette Stickney

    Samuel Z. Marks
    Marks Law Firm
    4225 University Ave.
    Des Moines, IA 50311

    Donald F. Neiman
    Bradshaw, Fowler, Proctor & Fairgrave, P.C.
    801 Grand Avenue
    Suite 3700
    Des Moines, IA 50309-8004

    U.S. Trustee
    210 Walnut Street, Room 793
    Des Moines, IA 50309

**N.A.D.A. Official Used Car Guide**
**Automated Vehicle Valuation**
Wednesday, April 22, 2020

| | | | | |
|---|---|---|---|---|
| **Guide Edition:** | March 2020 | | **Region:** | Midwest |
| **Vehicle:** | 2014 CHRYSLER | | | |
| | Town Country | | **VIN:** | 2C4RC1CG2ER336470 |
| | Wagon Touring L V6 | | **Weight:** | 4,652 |
| **Mileage:** | 90,000 | | **MSRP:** | $33,995.00 |
| **Base Retail:** | $13,825.00 | **Base Trade:** $10,700.00 | **Base Loan:** | $9,650.00 |

**Accessory Adjustments:**

| | (Retail) | (Trade) | (Loan) |
|---|---|---|---|
| Blind Spot Monitor | (w/body) | (w/body) | (w/body) |
| Parking Aid | (w/body) | (w/body) | (w/body) |
| Remote Engine Starter | (w/body) | (w/body) | (w/body) |

**Mileage Adj.:** ($225.00)   **(Trade) Accessory Adj.:** $0.00

**Total N.A.D.A. Official Used Car Values**

**Retail:** $13,600.00   **Trade:** $10,475.00   **Loan:** $9,425.00

All NADA Values Reprinted With Permission Of
N.A.D.A. Official Used Car Guide Company  Copyright NADASC 1996